UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

Hai Dong Li, Zhong Wang, Shoudong Li, Individually and on Behalf of All Others Similarly Situated

                      Plaintiffs,

   -against-

Alibaba Group Holding Ltd.; Ant Financial Service Group, Ltd. f/k/a Zhejiang Ant and Micro Financial Services Company, Ltd, Jack Yun Ma, Daniel Yong Zhang and Jungoing Sun

                      Defendants.

-----------------------------------------------------------------------X

Case 1:18-CV-02270-GHW

## **MOTION TO WITHDRAW**

Comes The law firm of Shotkin & Associates Law Office PC by and through I Frederick Shotkin, Esq. and files this motion to withdraw as attorneys of record for Plaintiffs for the reasons set forth in the annexed declaration of I. Frederick Shotkin.

                                            Respectfully submitted,

                                            Shotkin & Associates Law Office PC

                                            By _____

                                            I. Frederick Shotkin

To: Simpson, Thacher & Bartlett, LLP

425 Lexington Avenue

New York, New York 10017-3954

Attention: Stephen P. Blake, Esq.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | |
|---|---|
| Hai Dong Li, Zhong Wang, Shoudong Li, Individually and on Behalf of All Others Similarly Situated | Case 1:18-CV-02270-GHW |
| Plaintiffs, | **Declaration** |
| -against- | |
| Alibaba Group Holding Ltd.; Ant Financial Service Group, Ltd. f/k/a Zhejiang Ant and Micro Financial Services Company, Ltd, Jack Yun Ma, Daniel Yong Zhang and Jungoing Sun | |
| Defendants. | |

-----------------------------------------------------------------X

I. Frederick Shotkin, an attorney authorized to practice law in the State of New York and in the Federal District Court for the Southern District of New York, makes the following Declaration under the penalties of perjury.

1. I am an attorney with the law firm of Shotkin & Associates Law Office P.C. (hereinafter "S&ALO"), the attorneys of record for the Plaintiffs herein, and I make this declaration in support of the foregoing law firm's Motion to Withdraw as Plaintiff s' attorneys of record.

2. In December 2017, Plaintiff Haidong Li retained S&ALO to represent him and other plaintiffs in asserting a claim against the Defendants and its affiliates.

3. On March 14th, 2018, S&ALO filed a lawsuit on behalf of Plaintiffs against

Defendants in the Federal District Court for the Southern District of New York. (Case 1:18-CV-02270-GHW).

4. Plaintiffs have not served the complaint on any Defendant. Therefore, no Defendant has filed an answer, and no class has been certified.

5. We did, however, receive a letter from Simpson, Thacher & Bartlett, LLP (hereinafter "ST&B) dated April 3rd 2018, stating that they are the securities counsel to the Defendants. In this letter ST&B demanded a voluntary dismissal of the lawsuit and stated that it would respond on behalf of the Defendants if S&ALO does not voluntarily dismiss the lawsuit.

6. Subsequent to this event, certain information came into the possession of S&ALO that changed the complexion of the lawsuit as it was described by Plaintiffs to S&ALO.

7 S&ALO's is constrained from representing the Plaintiffs based on this new information This new information makes it inappropriate for S&ALO under the circumstances to continue with their representation. In addition, Plaintiff Haidong Li has stated that Plaintiffs want S&ALO to withdraw as attorneys of record.

8. In view of the foregoing, both Plaintiffs and S&ALO determined that it would be in everyone's best interest, if S&ALO withdrew as counsel of record for Plaintiffs so that Plaintiffs may obtain new counsel if they opt to continue with a lawsuit.

9. The case is still in its early stages and nothing of substance has occurred thus far save for the filing of a complaint which as noted has not been served upon Defendants.

10. A Copy of this Motion has been served on ST&B and the Plaintiffs.

11. S&ALO is not asserting a retaining or changing lien.

**WHEREFORE**, Shotkin & Associates Law Office PC requests under Rule 1.4 of the local rules of the United States District Courts for the Southern and Eastern Districts of New York, that they be allowed to withdraw as attorneys of record for Plaintiffs and that Plaintiffs be allowed a reasonable time to obtain new attorneys if they wish to continue the lawsuit.

Dated: April 6, 2018
New York, New York

Respectfully submitted,
Shotkin & Associates Law Office P.C

By: I Fredeirck Shotkin, Esq
45 W 34th Street, Suite 603
New York, NY 10001
Tel: (212) 268-8668